OPINION — AG — ** OPINION DEALING WITH A CLAIM FROM AN JESSE EUBANK, WHILE HE SERVED AS NATIONAL GUARD FROM 1911 AT $1.00 PER DAY FOR NINE DAYS DURING THE 1913 YEAR. THE STATE LEGISLATURE PASSED THIS LAW IN 1911 TO PAY THE OKLAHOMA NATIONAL GUARDSMEN COMPENSATION. DO WE PAY THIS CLAIM ? — IT CANNOT BE PAID UNTIL AN LAWFUL APPROPRIATION. CITE: ARTICLE V, SECTION 55, ARTICLE X, SECTION 15 (OWEN J. WATTS)